UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  
CHRISTINE M. BREWER,  
and  
MICHAEL K. BREWER,  

Debtor(s)

BK No.: 17-01673

Chapter: 13

Honorable Jacqueline P Cox

## ORDER GRANTING MOTION TO VACATE PAYROLL ORDER

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The payroll order entered on January 25, 2017, is vacated.

2) Payroll deductions from Mrs. Brewer's payroll check shall cease.

Enter:

Honorable Jacqueline Cox  
United States Bankruptcy Judge

Dated: September 27, 2021

**Prepared by:**

Michael R. Colter, II ARDC # 6304675  
David M. Siegel & Associates, LLC  
790 Chaddick Drive  
Wheeling, IL 60090  
(847) 520-8100